IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In the Matter of Applications by the United States of America for Two Warrants to Search and Seize | Case No. 3:24-MJ- 118 (MEG) <br><br> **FILED UNDER SEAL** <br><br> February 8, 2024 |

## MOTION TO SEAL

In accordance with Local Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully submits this motion to seal the search warrants, applications for the search warrants, affidavit in support of the applications for the search warrants, and motion and order to seal (collectively, the "Sealed Documents"), for a period of fourteen days, until February 21, 2024. The United States submits that sealing is necessary because although the target is aware that a criminal investigation is underway, he is not aware that law enforcement intends to execute the search warrants. Therefore, there is reason to believe that notification of the existence of the Sealed Documents as well as the contents of the Sealed Documents may seriously jeopardize the investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Accordingly, the United States submits that sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order sealing the Sealed Documents for a period of fourteen days, until February 21, 2024.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

DANIEL E. CUMMINGS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv206702
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773- 5376
Daniel.Cummings@usdoj.gov