IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In the Matter of Applications by the United States of America for Two Warrants to Search and Seize | Case No. 3:23-MJ-118 (MEG) <br><br> **FILED UNDER SEAL** |

FEB 8 2024 PM 2:09
FILED-USDC-CT-NEW HAVEN

## ORDER TO SEAL

The United States has submitted a motion to seal the search warrants, applications for the search warrants, affidavit in support of the applications for the search warrants, and motion and order to seal for a period of fourteen days, until February 21, 2024.

The Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the Court determines that this matter pertains to ongoing criminal investigation in which the target is not aware that law enforcement intends to execute the search warrants. Accordingly, there is reason to believe that notification of the existence of the materials will jeopardize the investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

IT IS THEREFORE ORDERED that the search warrants, applications for the search warrants, affidavits in support of the applications for the search warrants, and motion and order to seal are sealed for a period of fourteen days, until February

21, 2024.

Dated: February 8, 2024

_____
HONORABLE MARIA E. GARCIA
United States Magistrate Judge