# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In the Matter of Applications by the United States of America for Two Warrants to Search and Seize** | Case No. 3:24-MJ-118 (MEG) |
| | February 10, 2024 |

## MOTION TO UNSEAL

The United States respectfully requests that the applications for the search warrants, search warrants, affidavits in support of the applications for the search warrants, and motion and order to seal be unsealed. There is no longer a basis for the continued sealing of this matter because the facts justifying sealing no longer apply or no longer outweigh the public's interest in access to the material because they concern matters that are now in the public domain.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
DANIEL E. CUMMINGS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv206702
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773- 5376
Daniel.Cummings@usdoj.gov