AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 3:24-MJ-118 (MEG) | Date and time warrant executed: 2/9/24 approx 6:49a | Copy of warrant and inventory left with: left in residence |

Inventory made in the presence of: SA Wendy Bowersox

Inventory of the property taken and name(s) of any person(s) seized:

- Red color LIVE!Y flip phone telephone number 860-941-4739
- Black colored notebook with handwritten notes
- Hisense LED LCD S/N 50G222068H04093 with power cord and remote
- one page of paper with handwritten notes

JK 3/13/24

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/13/2024

_Executing officer's signature_

Special Agent Jenny Konecnik
_Printed name and title_